# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Gardner,<br><br>　　　　Plaintiff,<br><br>v.<br><br>G.D. Barri & Associates Incorporated,<br><br>　　　　Defendant. | No. CV-20-01518-PHX-ROS<br><br>**ORDER** |

　　　　The parties have filed a Stipulation of Dismissal (In Favor of Arbitration) Without Prejudice Pursuant to Rule 41(A)(1)(A)(II) (Doc. 105) so they may continue their alternative dispute resolution (ADR) process in binding arbitration.

　　　　Accordingly,

　　　　**IT IS ORDERED** the Stipulation (Doc. 105) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED** this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees.

　　　　Dated this 12th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge